1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBEY KURT HAIRSTON,

        Plaintiff,

    v.

STATE OF CALIFORNIA, and
SUPERIOR COURT OF CALIFORNIA,
RIVERSIDE,

        Defendants.

Case No. 14-cv-00975-WHO (PR)

**ORDER OF TRANSFER**

    This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Riverside County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** April 10, 2014

                                             _____
                                             WILLIAM H. ORRICK
                                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY HAIRSTON,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al,<br><br>        Defendant. | Case Number: CV14-00975 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Robey Kurt Hairston A50636
Wasco State Prison
Facility H Bldg: 4 Cell: 183Y
P.O. Box 9900
Wasco, CA 93280

Dated: April 10, 2014

                                    Richard W. Wieking, Clerk
                                    By: Jean Davis, Deputy Clerk